UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-                                                           95-cr-0284 (LAK)

ALFREDO GALLEGO,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       This defendant's letter application for the appointment of counsel to represent him in connection with a possible compassionate release application is granted. Bennet M. Epstein, Esq., is hereby appointed pursuant to the Criminal Justice Act for that purpose.

       The Clerk shall mail a copies of this order to the defendant and to Mr. Epstein.

       SO ORDERED.

Dated:      March 2, 2021

                                                           Lewis A. Kaplan
                                            United States District Judge