UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-                                                95-cr-0284 (LAK)

ALFREDO GALLEGO,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The government shall respond to the defendant's motion for compassionate release no later than 28 days from the date of this order. Defendant shall file any reply papers no later than 14 days thereafter.

       SO ORDERED.

Dated:     July 14, 2021

                                                  /s/    Lewis A. Kaplan
                                                          Lewis A. Kaplan
                                                      United States District Judge